FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 2 2025

IN THE UNITED STATES DISTRICT COURT

MITCHELL R. ELFERS
CLERK

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
**RAUL MUÑOZ NAVARRETTE,** )
**OMAR TORRES-NUÑEZ,** )
**AMANDA ORTEGA, a.k.a. Mandy** )
**Ortega,** )
**ADRIAN HERNANDEZ NAVARRETTE,** )
and **RAUL HERNANDEZ** )
**NAVARRETTE,** )
)
Defendants. )
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CRIMINAL NO. 25-5016 MIS

Count 1: 21 U.S.C. § 846: Conspiracy;

Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of a Mixture and Substance Containing Methamphetamine;

Count 3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii): Distribution of 5 Grams and More of Methamphetamine;

Counts 4-7, and 9: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii): Distribution of 50 Grams and More of Methamphetamine;

Count 8: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii): Distribution of 50 Grams and More of Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting;

Count 10: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii): Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine;

Count 11: 21 U.S.C. § 846: Attempted Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine;

Counts 12, 15, 16, 20, 21, and 25: 21 U.S.C. § 843(b): Use of a Communication Facility to Further the Commission of a Drug Trafficking Crime;

Counts 13, 14, and 17: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of

)     Fentanyl (N-phenyl-N-[1-(2-
)     phenylethyl)-4-piperidinyl]
)     propanamide);
)
)     Counts 18, 45, and 48: 21 U.S.C. §§
)     841(a)(1) and (b)(1)(C): Distribution of
)     Cocaine;
)
)     Counts 19, 23, 32, 33, 36, 39, 40-42, 46,
)     47, and 52: 21 U.S.C. §§ 841(a)(1) and
)     (b)(1)(C): Possession with Intent to
)     Distribute Cocaine; 18 U.S.C. § 2:
)     Aiding and Abetting;
)
)     Counts 22, 27, 29, and 31: 21 U.S.C. §§
)     841(a)(1) and (b)(1)(C): Possession with
)     Intent to Distribute Cocaine;
)
)     Count 24: 18 U.S.C. § 924(c)(1)(A)(i):
)     Using and Carrying a Firearm During
)     and in Relation to a Drug Trafficking
)     Crime, and Possessing a Firearm in
)     Furtherance of Such Crime;
)
)     Counts 26, 28, 30, 34, 35, 37, 38, 43, 44,
)     49, 50, 51, and 53: 21 U.S.C. §§
)     841(a)(1) and (b)(1)(C): Distribution of
)     Cocaine; 18 U.S.C. § 2: Aiding and
)     Abetting.

## I N D I C T M E N T

The Grand Jury charges:

### Count 1

From on or about October 17, 2024, and continuing to on or about December 2, 2025, in

Lea County, in the District of New Mexico, and elsewhere, the defendants, **RAUL MUÑOZ**

**NAVARRETTE, OMAR TORRES-NUÑEZ, AMANDA ORTEGA, a.k.a. Mandy Ortega,**

**ADRIAN HERNANDEZ NAVARRETTE,** and **RAUL HERNANDEZ NAVARRETTE,**

unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted

interdependently with each other and with other persons whose names are known and unknown

2

to the Grand Jury to commit an offense defined in 21 U.S.C. § 841(a)(1), specifically, distribution of a controlled substance.

Quantity of Methamphetamine Involved in the Conspiracy

With respect to **RAUL MUÑOZ NAVARRETTE, OMAR TORRES-NUÑEZ**, the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 50 grams and more of methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

With respect to **AMANDA ORTEGA, a.k.a. Mandy Ortega**, the amount of methamphetamine involved in the conspiracy attributable her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is a mixture and substance containing a detectable amount of methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Quantity of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]<br>propanamide) Involved in the Conspiracy

With respect to **RAUL MUÑOZ NAVARRETTE** and **AMANDA ORTEGA, a.k.a. Mandy Ortega**, the amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Quantity of Cocaine Involved in the Conspiracy

With respect to **RAUL MUÑOZ NAVARRETTE, ADRIAN HERNANDEZ NAVARRETTE,** and **RAUL HERNANDEZ NAVARRETTE**, the amount of cocaine involved in the conspiracy attributable to each of them as a result of their own conduct, and the

conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of cocaine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Overt Acts

In furtherance of the conspiracy, and to affect the objects thereof, the following overt acts, among others, were committed in the District of New Mexico, and elsewhere:

### Overt Act One

On October 17, 2024, Raul Muñoz Navarrette sold 25.7 net grams of a mixture and substance containing methamphetamine to an undercover agent for $500.

### Overt Act Two

On October 30, 2024, Raul Muñoz Navarrette sold 40.9 net grams of pure methamphetamine to an undercover agent for $700.

### Overt Act Three

On December 2, 2024, Raul Muñoz Navarrette sold 446.5 net grams of pure methamphetamine to an undercover agent for $3,500.

### Overt Act Four

On January 7, 2025, Raul Muñoz Navarrette sold 435.8 net grams of pure methamphetamine to an undercover agent for $3,500.

### Overt Act Five

On February 3, 2025, Raul Muñoz Navarrette sold 446.5 net grams of pure methamphetamine to an undercover agent for $3,500.

### Overt Act Six

On March 11, 2025, Raul Muñoz Navarrette sold 421.06 net grams of pure methamphetamine to an undercover agent for $3,500.

Overt Act Seven

On April 29, 2025, Raul Muñoz Navarrette agreed to sell one pound of methamphetamine to an undercover agent for $3,500 and told the undercover agent that his "homeboy" would deliver the methamphetamine to the undercover agent.

Overt Act Eight

On April 29, 2025, at the direction of Raul Muñoz Navarrette, Omar Torres-Nuñez delivered 427.4 net grams of pure methamphetamine to an undercover agent and accepted the payment of $3,500 from the undercover agent.

Overt Act Nine

On July 8, 2025, Raul Muñoz Navarrette sold 1,202.9 net grams of pure methamphetamine to an undercover agent for $9,500.

Overt Act Ten

On July 29, 2025, Amanda Ortega asked Raul Muñoz Navarrette if he would sell her four ounces of methamphetamine because she had a customer waiting to purchase the methamphetamine, and Raul Muñoz Navarrette responded that he had the methamphetamine and that the price would be $1,000.

Overt Act Eleven

On approximately August 1, 2025, Raul Muñoz Navarrette provided fentanyl to Amanda Ortega, who then provided the fentanyl to an individual who overdosed on the fentanyl.

Overt Act Twelve

On August 1, 2025, Amanda Ortega told Raul Muñoz Navarrette that he should return his fentanyl to the person from whom he had purchased it because it was too strong and that they could end up getting charged with murder if someone died from the fentanyl.

Overt Act Thirteen

On August 2, 2025, Amanda Ortega told Raul Muñoz Navarrette that she was going to distribute 100 fentanyl pills to another individual, and the two discussed whether or not Amanda Ortega should go and deliver the fentanyl pills to the other individual.

Overt Act Fourteen

On August 8, 2025, Raul Muñoz Navarrette distributed seven fentanyl pills, weighing a total of .77 net grams, to Amanda Ortega.

Overt Act Fifteen

On August 8, 2025, Raul Muñoz Navarrette attempted to coordinate the sale of eight pounds of methamphetamine to an undercover agent.

Overt Act Sixteen

On August 8, 2025, Raul Muñoz Navarrette sold $50 worth of cocaine to another individual and returned two firearms that the other individual had put up as collateral for cocaine that Raul Muñoz Navarrette had previously provided to the individual.

Overt Act Seventeen

On September 3, 2025, Raul Hernandez Navarrette directed Adrian Hernandez Navarrette to deliver two grams of cocaine to another individual in exchange for $50, and Adrian Hernandez Navarrette subsequently met with the other individual to deliver the cocaine.

Overt Act Eighteen

On September 3, 2025, Raul Hernandez Navarrette directed Adrian Hernandez Navarrette to sell one gram of cocaine to another individual, and Adrian Hernandez Navarrette agreed to do so.

Overt Act Nineteen

On September 4, 2025, at approximately 11:48 a.m., Raul Hernandez Navarrette agreed to provide a customer with one gram of cocaine.

Overt Act Twenty

On September 4, 2025, at approximately 12:50 p.m., Raul Hernandez Navarrette agreed to sell $140 worth of cocaine to a customer.

Overt Act Twenty-One

On September 4, 2025, Raul Hernandez Navarrette instructed Adrian Hernandez Navarrette to deliver cocaine to a customer at the Family Inn in Hobbs, New Mexico, and Adrian Hernandez Navarrette agreed to do so.

Overt Act Twenty-Two

On September 4, 2025, Adrian Hernandez Navarrette went to the Family Inn in Hobbs, New Mexico, to deliver cocaine to a customer, at which time he was apprehended by police, who seized approximately 1.5 net grams of cocaine, a loaded firearm, and a drug ledger from Adrian Hernandez Navarrette and the vehicle which he was driving.

Overt Act Twenty-Three

On September 5, 2025, at approximately 5:55 p.m., Raul Hernandez Navarrette directed Raul Muñoz Navarrette to distribute cocaine to a customer, and Raul Muñoz Navarrette then provided the cocaine to the customer.

Overt Act Twenty-Four

On September 5, 2025, at approximately 6:24 p.m., Raul Hernandez Navarrette directed Raul Muñoz Navarrette to distribute cocaine to a customer, and Raul Muñoz Navarrette then distributed five grams of cocaine to that customer.

Overt Act Twenty-Five

On September 5, 2025, Raul Hernandez Navarrette agreed to sell a customer $50 worth of cocaine and told the customer to go to Raul Muñoz Navarrette's house to pick up the cocaine.

Overt Act Twenty-Six

On September 6, 2025, at approximately 11:00 a.m., Raul Hernandez Navarrette directed Raul Muñoz Navarrette to sell a customer $20 worth of cocaine, and Raul Muñoz Navarrette provided the cocaine to the customer.

Overt Act Twenty-Seven

On September 6, 2025, Raul Hernandez Navarrette agreed to provide a customer with two grams of cocaine.

Overt Act Twenty-Eight

On September 7, 2025, at approximately 1:00 a.m., at the direction of Raul Hernandez Navarrette, Raul Muñoz Navarrette sold $60 worth of cocaine to a customer.

Overt Act Twenty-Nine

On September 7, 2025, at approximately 1:42 p.m., Raul Hernandez Navarrette agreed to provide a customer with two grams of cocaine.

Overt Act Thirty

On September 7, 2025, at approximately 11:48 p.m., Raul Hernandez Navarrette agreed to provide a customer with three and a half grams of cocaine.

Overt Act Thirty-One

On September 8, 2025, Raul Hernandez Navarrette agreed to provide a customer between two and three grams of cocaine and then asked Raul Muñoz Navarrette to provide the cocaine to the customer.

8

Overt Act Thirty-Two

On September 9, 2025, at approximately 12:10 a.m., Raul Hernandez Navarrette agreed to provide a customer with one gram of cocaine.

Overt Act Thirty-Three

On September 9, 2025, Raul Hernandez Navarrette agreed to sell a customer $60 worth of cocaine and then had Raul Muñoz Navarrette provide the cocaine to the customer.

Overt Act Thirty-Four

On September 9, 2025, at approximately 9:14 p.m., Raul Hernandez Navarrette agreed to sell a customer $50 worth of cocaine and then called Raul Muñoz Navarrette and told him to provide the cocaine to the customer.

Overt Act Thirty-Five

On September 10, 2025, Raul Hernandez Navarrette directed Raul Muñoz Navarrette to provide a customer $300 worth of cocaine, and Raul Muñoz Navarrette provided the cocaine to the customer.

Overt Act Thirty-Six

On September 11, 2025, Raul Hernandez Navarrette agreed to provide a customer with one gram of cocaine and accept payment for a past cocaine debt, and then Raul Hernandez Navarrette called Raul Muñoz Navarrette and told him to provide the customer with one gram of cocaine when the customer dropped off the money.

Overt Act Thirty-Seven

On September 12, 2025, at approximately 2:00 p.m., Raul Hernandez Navarrette agreed to sell two grams of cocaine to a customer, and the customer picked up the cocaine at Raul Muñoz Navarrette's house.

Overt Act Thirty-Eight

On September 12, 2025, Raul Hernandez Navarrette offered to sell another individual a .380 caliber firearm for $150.

Overt Act Thirty-Nine

On September 12, 2025, at approximately 5:20 p.m., Raul Hernandez Navarrette agreed sell two grams of cocaine to a customer and had the customer go to the Raul Muñoz Navarrette's house to pick up the cocaine.

Overt Act Forty

On September 12, 2025, Raul Hernandez Navarrette agreed to provide a customer with three and a half grams of cocaine and then called Raul Muñoz Navarrette and told Raul Muñoz Navarrette to provide three grams of cocaine to the customer for $200.

Overt Act Forty-One

On September 13, 2025, Raul Hernandez Navarrette agreed to provide a customer with $100 worth of cocaine and directed the customer to go to Raul Muñoz Navarrette's residence to pick up the cocaine.

Overt Act Forty-Two

On September 14, 2025, Raul Hernandez Navarrette agreed to sell a customer two grams of cocaine.

Overt Act Forty-Three

On September 15, 2025, Raul Hernandez Navarrette agreed to sell a customer one gram of cocaine and told the customer to go to Raul Muñoz Navarrette's house to pick up the cocaine from Raul Muñoz Navarrette.

Overt Act Forty-Four

On September 17, 2025, Raul Hernandez Navarrette agreed to sell three grams of cocaine to a customer and had the customer pick up the cocaine from Raul Muñoz Navarrette.

Overt Act Forty-Five

On September 18, 2025, at the direction of Raul Hernandez Navarrette, Raul Muñoz Navarrette sold two grams of cocaine to a customer.

Overt Act Forty-Six

On September 20, 2025, Raul Hernandez Navarrette sold a customer two grams of cocaine.

Overt Act Forty-Seven

On September 23, 2025, Raul Hernandez Navarrette agreed to sell two grams of cocaine to a customer and arranged to meet with the customer.

Overt Act Forty-Eight

On September 24, 2025, Raul Hernandez Navarrette agreed to sell two grams of cocaine to a customer and then told Raul Muñoz Navarrette to provide the cocaine to the customer and to ensure that the customer paid up front for the cocaine.

Overt Act Forty-Nine

On September 25, 2025, Raul Hernandez Navarrette agreed to sell $20 worth of cocaine to a customer and left the cocaine inside a vehicle parked at Raul Hernandez Navarrette's mother's house so that the customer could pick it up.

Overt Act Fifty

On September 26, 2025, at approximately 6:12 p.m., at the direction of Raul Hernandez Navarrette, Raul Muñoz Navarrette sold $20 worth of cocaine to a customer.

Overt Act Fifty-One

On September 26, 2025, at approximately 8:00 p.m., at the direction of Raul Hernandez Navarrette, Raul Muñoz Navarrette sold $100 worth of cocaine to a customer.

Overt Act Fifty-Two

On September 27, 2025, Raul Hernandez Navarrette sold two grams of cocaine to a customer and had the customer pick up the cocaine at Raul Muñoz Navarrette's house.

Overt Act Fifty-Three

On September 29, 2025, Raul Hernandez Navarrette agreed to sell a customer $50 worth of cocaine.

Overt Act Fifty-Four

On October 1, 2025, at the direction of Raul Hernandez Navarrette, Raul Muñoz Navarrette sold two grams of cocaine to a customer.

In violation of 21 U.S.C. § 846.

Count 2

On or about October 17, 2024, in Lea County, in the District of New Mexico, the defendant, **RAUL MUÑOZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 3

On or about October 30, 2024, in Lea County, in the District of New Mexico, the defendant, **RAUL MUÑOZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 5 grams and more of methamphetamine.

12

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

Count 4

On or about December 2, 2024, in Lea County, in the District of New Mexico, the defendant, **RAUL MUÑOZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

Count 5

On or about January 7, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL MUÑOZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

Count 6

On or about February 3, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL MUÑOZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

Count 7

On or about March 11, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL MUÑOZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

Count 8

On or about April 29, 2025, in Lea County, in the District of New Mexico, the

defendants, **RAUL MUÑOZ NAVARRETTE** and **OMAR TORRES-NUÑEZ**, unlawfully,

knowingly and intentionally distributed a controlled substance, and the offense involved 50

grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), and 18 U.S.C. § 2.

Count 9

On or about July 8, 2025, in Lea County, in the District of New Mexico, the defendant,

**RAUL MUÑOZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a

controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

Count 10

On or about July 29, 2025, in Lea County, in the District of New Mexico, the defendant,

**RAUL MUÑOZ NAVARRETTE**, unlawfully, knowingly and intentionally possessed with

intent to distribute a controlled substance, and the offense involved 50 grams and more of a

mixture and substance containing methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

Count 11

On or about July 29, 2025, in Lea County, in the District of New Mexico, and elsewhere,

the defendant, **AMANDA ORTEGA, a.k.a. Mandy Ortega**, unlawfully, knowingly, and

intentionally attempted to possess with the intent to distribute a controlled substance, and the

offense involved 50 grams and more of a mixture and substance containing methamphetamine,

contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

14

In violation of 21 U.S.C. § 846.

Count 12

On or about July 29, 2025, in Lea County, in the District of New Mexico, and elsewhere, the defendants, **RAUL MUÑOZ NAVARRETTE** and **AMANDA ORTEGA, a.k.a. Mandy Ortega**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 13

On or about August 1, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL MUÑOZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 14

On or about August 1, 2025, in Lea County, in the District of New Mexico, the defendant, **AMANDA ORTEGA, a.k.a. Mandy Ortega**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 15

On or about August 1, 2025, in Lea County, in the District of New Mexico, and elsewhere, the defendants, **RAUL MUÑOZ NAVARRETTE** and **AMANDA ORTEGA, a.k.a.**

15

**Mandy Ortega**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 16

On or about August 2, 2025, in Lea County, in the District of New Mexico, and elsewhere, the defendants, **RAUL MUÑOZ NAVARRETTE** and **AMANDA ORTEGA, a.k.a. Mandy Ortega**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 17

On or about August 8, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL MUÑOZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 18

On or about August 8, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL MUÑOZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 19

On or about September 3, 2025, in Lea County, in the District of New Mexico, the

defendants, **ADRIAN HERNANDEZ NAVARRETTE** and **RAUL HERNANDEZ**

**NAVARRETTE**, unlawfully, knowingly and intentionally possessed with intent to distribute a

controlled substance, and the offense involved a mixture and substance containing a detectable

amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 20

On or about September 3, 2025, at approximately 7:04 p.m., in Lea County, in the

District of New Mexico, and elsewhere, the defendants, **ADRIAN HERNANDEZ**

**NAVARRETTE** and **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly, and

intentionally used a communication facility, specifically, a cellular phone, to further the

commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary

to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 21

On or about September 3, 2025, at approximately 8:47 p.m., in Lea County, in the

District of New Mexico, and elsewhere, the defendants, **ADRIAN HERNANDEZ**

**NAVARRETTE** and **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly, and

intentionally used a communication facility, specifically, a cellular phone, to further the

commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary

to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 22

On or about September 4, 2025, at approximately 1:22 a.m., in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 23

On or about September 4, 2025, at approximately 8:55 p.m., in Lea County, in the District of New Mexico, the defendants, **ADRIAN HERNANDEZ NAVARRETTE** and **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 24

On or about September 4, 2025, in Lea County, in the District of New Mexico, the defendant, **ADRIAN HERNANDEZ NAVARRETTE**, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with intent to distribute cocaine as charged in Count 23 of this indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

Count 25

On or about September 4, 2025, at approximately 5:50 p.m., in Lea County, in the District of New Mexico, and elsewhere, the defendants, **ADRIAN HERNANDEZ**

NAVARRETTE and **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

### Count 26

On or about September 5, 2025, in Lea County, in the District of New Mexico, the defendants, **RAUL MUÑOZ NAVARRETTE and RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 27

On or about September 5, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 28

On or about September 6, 2025, at approximately 11:00 a.m., in Lea County, in the District of New Mexico, the defendants, **RAUL MUÑOZ NAVARRETTE and RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

19

Count 29

On or about September 6, 2025, in Lea County, in the District of New Mexico, the

defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally

possessed with intent to distribute a controlled substance, and the offense involved a mixture and

substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 30

On or about September 7, 2025, at approximately 1:00 a.m., in Lea County, in the

District of New Mexico, the defendants, **RAUL MUÑOZ NAVARRETTE** and **RAUL**

**HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a

controlled substance, and the offense involved a mixture and substance containing a detectable

amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 31

On or about September 7, 2025, at approximately 1:42 p.m., in Lea County, in the

District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully,

knowingly and intentionally possessed with intent to distribute a controlled substance, and the

offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 32

On or about September 8, 2025, in Lea County, in the District of New Mexico, the

defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally

possessed with intent to distribute a controlled substance, and the offense involved a mixture and

substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 33

On or about September 9, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 34

On or about September 9, 2025, in Lea County, in the District of New Mexico, the defendants, **RAUL MUÑOZ NAVARRETTE** and **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 35

On or about September 10, 2025, in Lea County, in the District of New Mexico, the defendants, **RAUL MUÑOZ NAVARRETTE** and **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 36

On or about September 11, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 37

On or about September 12, 2025, at approximately 2:00 p.m., in Lea County, in the District of New Mexico, the defendants, **RAUL MUÑOZ NAVARRETTE** and **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 38

On or about September 12, 2025, at approximately 5:20 p.m., in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 39

On or about September 12, 2025, in Lea County, in the District of New Mexico, the defendants, **RAUL MUÑOZ NAVARRETTE** and **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 40

On or about September 13, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally

possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 41

On or about September 14, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 42

On or about September 15, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 43

On or about September 17, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 44

On or about September 18, 2025, in Lea County, in the District of New Mexico, the defendants, **RAUL MUÑOZ NAVARRETTE** and **RAUL HERNANDEZ NAVARRETTE**,

unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

<u>Count 45</u>

On or about September 20, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Count 46</u>

On or about September 23, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

<u>Count 47</u>

On or about September 24, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

<u>Count 48</u>

On or about September 25, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally

distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 49

On or about September 26, 2025, at approximately 6:12 p.m., in Lea County, in the District of New Mexico, the defendants, **RAUL MUÑOZ NAVARRETTE** and **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 50

On or about September 26, 2025, at approximately 8:00 p.m., in Lea County, in the District of New Mexico, the defendants, **RAUL MUÑOZ NAVARRETTE** and **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 51

On or about September 27, 2025, in Lea County, in the District of New Mexico, the defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 52

On or about September 29, 2025, in Lea County, in the District of New Mexico, the

defendant, **RAUL HERNANDEZ NAVARRETTE**, unlawfully, knowingly and intentionally

possessed with intent to distribute a controlled substance, and the offense involved a mixture and

substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 53

On or about October 1, 2025, in Lea County, in the District of New Mexico, the

defendants, **RAUL MUÑOZ NAVARRETTE** and **RAUL HERNANDEZ NAVARRETTE**,

unlawfully, knowingly and intentionally distributed a controlled substance, and the offense

involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 21 U.S.C. §§ 841 or 846, the defendants,

**RAUL MUÑOZ NAVARRETTE, OMAR TORRES-NUÑEZ, AMANDA ORTEGA, a.k.a.**

**Mandy Ortega, ADRIAN HERNANDEZ NAVARRETTE,** and **RAUL HERNANDEZ**

**NAVARRETTE**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense

for which the defendants are convicted, and any property used, or intended to be used, in any

manner or part, to commit, or to facilitate the commission of the offense(s) of conviction.

The property to be forfeited to the United States includes, but is not limited to, the

following:

    a.  a Ruger, model 45 Auto, .45 caliber handgun, serial number 861-51099, and

    b.  approximately 10 rounds of .45 caliber ammunition.

26

Upon conviction of any offense in violation of 18 U.S.C. § 924(c), the defendant,

**ADRIAN HERNANDEZ NAVARRETTE**, shall forfeit to the United States, pursuant to 18

U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the

commission of the offense, including, but not limited to:

    a.   a Ruger, model 45 Auto, .45 caliber handgun, serial number 861-51099, and

    b.   approximately 10 rounds of .45 caliber ammunition.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

27